IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHELLE GRANTHAM,
on behalf of deceased Willard Grantham,

     Plaintiff,

VS.                                  No. 05-1125-T

DEBRA KELLY,

     Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Plaintiff has moved for permission to permit Jim Waide to participate pro hac vice on their behalf in this action. Mr. Waide is a member in good standing in the U. S. District Court for the Northern District of Mississippi. For good cause shown, that motion is granted. It is hereby ordered that Jim Waide be admitted pro hac vice and may actively participate in this action, including pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

_James D. Todd_

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 May 2005

DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   5/05/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01125 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Honorable James Todd
US DISTRICT COURT