IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHELLE GRANTHAM
on behalf of deceased WILLARD GRANTHAM,

Plaintiff,

VS.

No. ~~05-1084~~-T
05-1125T

DEBRA KELLY,

Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Joseph R. Murray, II, has moved to appear pro hac vice in this action on behalf of the plaintiff. Mr. Murray is licensed to practice law in the State of Mississippi, the United States District Court for the Northern and Southern District of Mississippi, and the United States Court of Appeals for the Fifth Circuit. For good cause shown, that motion is granted. It is hereby ordered that Mr. Murray be admitted pro hac vice as counsel for plaintiff, and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 06-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01125 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Joseph R. Murray
WAIDE & ASSOC., P.A.
P.O. Box 1357
Tupelo, MS 38802

Kyle C. Atkins
ADAMS RYAL & FLIPPIN
1302 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT