IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHELLE GRANTHAM, on behalf of the deceased, WILLARD GRANTHAM, <br><br> Plaintiff, <br><br> VERSUS <br><br> DEBRA KELLY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 1-05-1125-T/AN <br> ) <br> ) <br> ) <br> ) <br> ) |

**RULE 16(b) SCHEDULING ORDER**

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   September 13, 2005.

**JOINING PARTIES:**

    for Plaintiff:   October 30, 2005.

    for Defendant:   November 30, 2005.

**AMENDING PLEADINGS:**

    for Plaintiff:   October 30, 2005.

    for Defendant:   November 30, 2005.

**COMPLETING ALL DISCOVERY:**   February 28, 2006.

  (a)  **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUEST FOR ADMISSIONS:** February 28, 2006.

  (b)  **EXPERT DISCLOSURE (Rule 26(a)(2)):**

    (I)  Plaintiff's Experts:   December 28, 2005.

    (ii) Defendant's Experts:   January 28, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __08-30-05__

     (iii) Supplementation under Rule 26(e):
              <u>February 7, 2006.</u>

  (c) **DEPOSITIONS OF EXPERTS:** <u>February 28, 2006.</u>

**FILING DISPOSITIVE MOTIONS:** <u>April 12, 2006.</u>

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

  (a) for Plaintiff: <u>May 29, 2006.</u>

  (b) for Defendant: <u>June 11, 2006.</u>

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL** on **<u>July 12, 2006</u>**, at **9:30 a.m.** A joint pretrial order is due on **<u>June 30, 2006</u>**. In the event the parties are unable to agree on a joint pretrial order the parties must notify the Court at least ten days before trial.

  **OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for the completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer or objection, which is the

subject of th emotion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such a motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60, shall be accompanied by a proposed Order and Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.***

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or

extended.

**IT IS SO ORDERED.**

                                       *S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01125 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Joseph R. Murray
WAIDE & ASSOC., P.A.
P.O. Box 1357
Tupelo, MS 38802

Kyle C. Atkins
ADAMS RYAL & FLIPPIN
1302 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT